**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

50 Main Street, Suite 1100
White Plains, New York 10606

September 17, 2025

**VIA ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    **Re:** *United States v. Joseph Mori*, **20 Cr. 100 (KMK)**

Dear Judge Karas:

    The Government writes to request an adjournment of the status conference scheduled for December 15, 2025. The Government respectfully requests an adjournment to Thursday, January 8, 2026.

    On September 11, 2025, the parties appeared before the Court on a petition alleging two specified violations of the defendant's conditions of supervised release. Both specified violations stem from a criminal case that is scheduled to proceed to trial in the federal district court in the District of Utah. At that conference, the Court adjourned the next status conference in this matter to December 15, 2025, at 2:00 p.m. Trial in the defendant's pending criminal case has since been scheduled to begin on December 10, 2025, rendering both the defendant and his counsel unavailable to appear before this Court as scheduled. The Government has conferred with defense counsel, who does not object to the requested adjournment.

Granted. The conference is adjourned to 1/8/26, at 12:00

So Ordered
9/17/25

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Jorja Knauer
Assistant United States Attorney
(914) 993-1919

CC:    Ilene Jaroslaw, Esq. (via ECF)
           Laura Longobardi, Esq. (via ECF)