**| E K L J N |**    ELLIOTT KWOK LEVINE JAROSLAW NEILS LLP

One Grand Central Place
60 East 42nd Street, Suite 1570
New York, NY 10165
tel: +1 (212) 321-0510

www.ekljnlaw.com

Ilene Jaroslaw
ijaroslaw@ekljnlaw.com
Direct: +1 (917) 763-9852

December 29, 2025

*Via ECF*

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re:    *United States v. Joseph Mori*, 20 Cr. 100 (KMK) Violation of Supervised Release

Dear Judge Karas:

A status conference in the above-captioned VOSR proceeding is presently scheduled for January 8, 2026. In light of new circumstances, I respectfully request that the status conference be adjourned for several months.

A superseding indictment against Mr. Mori was returned by a grand jury in the District of Utah on November 19, 2025. Mr. Mori is presently incarcerated in a local jail facility in rural Utah, awaiting a March 13, 2026 trial. The trial is expected to last three to four weeks.

AUSA Jorja Knauer has advised me that she has no objection to this adjournment request.

Granted. The VOSR conference is
adjourned to 5/ 21 /26, at 13:00

So Ordered.

12/29/25

Respectfully submitted,

ELLIOTT KWOK LEVINE JAROSLAW NEILS LLP

By:    Ilene Jaroslaw

cc:    Jorja Knauer (*via email and ECF*)