Case 7:20-cr-00100-KMK Document 32 Filed 08/31/26 Page 1 of 1

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 31, 2026

**VIA ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re: *United States v. Joseph Mori,* 20 Cr. 100 (KMK)**

Dear Judge Karas:

The Government writes to request an adjournment of the status conference scheduled for September 10, 2026. The Government respectfully requests an adjournment to February 2027.

On September 11, 2025, the parties appeared before the Court on a petition alleging two specified violations of the defendant's conditions of supervised release. Both specified violations stem from a criminal case that is scheduled to proceed to trial in the federal district court in the District of Utah. On May 4, 2026, the Court adjourned the next status conference in this matter to September 10, 2026, at 11:00 a.m. Trial in the defendant's pending criminal case is scheduled to begin in January 2027. The Government has conferred with defense counsel, who does not object to the requested adjournment.

Granted.

The conference is adjourned to 2/ 11 / 27, at 10:30

So Ordered.

8/31/26

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: Jorja N. Knauer
Jorja Knauer
Assistant United States Attorney
(646) 831-4596

CC: Ilene Jaroslaw, Esq. (via ECF)